Jane Lois BOWLES, et al., Appellants/Cross–Respondents,

v.

MERCANTILE BANK OF ST. LOUIS, N.A., and Mercantile Trust Company, N.A., Respondents/Cross–Appellants.

Nos. ED–77344, ED–77345.

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 27, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 2001.

Application to Transfer Denied May 29, 2001.

Robert J. Wynne & John M. Wynne, St. Louis, MO, for appellant.

James W. Erwin & Mike W. Bartolacci, St. Louis, MO, for respondent.

Before AHRENS, P.J., CRANDALL, J. and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Plaintiffs brought an action for breach of fiduciary duty, negligence, breach of contract and punitive damages. The trial court entered judgment for plaintiffs on the breach of fiduciary duty and negligence counts. Plaintiffs appeal and defendants cross-appeal. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value. The parties have, however, been provided with a mem-

orandum for their information only, setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).